LEHMAN ASSOCIATES, INC. v. KROHN INDUSTRIES, INC.

March 15, 1983.

Petition for certification denied.

SKYTOP GARDENS, INC. v. BOROUGH OF SAYREVILLE.

March 15, 1983.

Petition for certification denied.

STATE OF NEW JERSEY v. KARL E. HAND, JR.

March 15, 1983.

Petition for certification denied.

LEONARD STONE v. LYNNE STONE.

March 15, 1983.

Petition for certification denied.